# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of DMN FILMS, LLC            Case Number:    13-CV-2361

V.

DOES 1-54

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

| |
|---|
| NAME (Type or print) <br> JOHN DOE 49 |
| |
| FIRM CHICAGO LEGAL CLINIC, INC. |
| STREET ADDRESS 2938 E. 91ST ST. |
| CITY/STATE/ZIP CHICAGO, IL 60617 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6180878 | TELEPHONE NUMBER 773-731-1762 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL